# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MAURICE LUGGE | § § | |
| v. | § § | Civil Action No. 4:16-CV-959 |
| | § | (Judge Mazzant/Judge Nowak) |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, JACK BRYANT | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 10, 2017, the report of the Magistrate Judge (Dkt. #18) was entered containing proposed findings of fact and recommendations that Plaintiff Maurice Lugge's Motion to Abstain and Remand (Dkt. #10) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff Maurice Lugge's Motion to Abstain and Remand (Dkt. #10) is **GRANTED**, and this case is hereby **REMANDED** to the 431st Judicial District Court, Denton County, Texas, for further proceedings.

**IT IS SO ORDERED**.

**SIGNED this 8th day of March, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE